UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIA MORENO, | Case No. 2:15-cv-00341-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| ALLIED COLLECTION SERVICES, INC., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Experian Information Solutions, Inc. (Dkt. #12). The parties advise that an agreement has been reached and anticipate settlement documents to be completed within 90 days. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall file a stipulation to dismiss or a joint status report advising when the stipulation to dismiss will be received no later than **January 14, 2016.**

DATED this 26th day of October, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1