1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIA MORENO, | Case No. 2:15-cv-00341-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| ALLIED COLLECTION SERVICES, INC., et al., | |
| Defendants. | |

13
14
15

Before the court is the Notice of Settlement Between Plaintiff and Allied Collection Services, Inc (Dkt. #22). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 30 days.  Accordingly,

16
17
18

**IT IS ORDERED** that Plaintiff and Defendant Allied Collection Services, Inc. shall have until **January 21, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

19

DATED this 24th day of December, 2015.

20
21
22

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28