Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Julia Moreno*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Julia Moreno, <br><br> Plaintiff, <br><br> v. <br><br> Allied Collection Services Inc. and Experian Information Solutions, Inc., <br><br> Defendants. | Case No.: 2:15-cv-00341-JCM-PAL <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

# JOINT STATUS REPORT

The dispute between Plaintiff Julia Moreno ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have agreed on the terms of settlement, have exchanged copies of an approved settlement agreement and are waiting for settlement funds to be dispersed. The Parties anticipate filing a stipulation of dismissal with prejudice against Experian within 30 days. The Parties request that all pending dates and filing requirements as to the Parties continue to be vacated and that the Court set a deadline on or after March 17, 2016 for the Parties to file the stipulation of dismissal.

DATED this 16th day of February 2016.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**JONES DAY**

By: /s/    Alyssa M. Staudinger
Alyssa M. Staudinger, Esq.
3161 Michelson Drive, Suite 800
Irvine, CA 92612
*Attorneys for Experian Information Solutions, Inc.*

IT IS ORDERED that the parties shall have until March 17, 2016, to file their stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: February 22, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 16, 2016, the foregoing JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117